UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and, <br> SHIRLEY H. BROWN, h/w, <br>       Plaintiffs, <br> v. <br><br> INTERBAY FUNDING, LLC, and <br> LEGRECA & QUINN REAL ESTATE <br> SERVICES INC., <br><br>       Defendants. | ) <br> )   C. A.  04-617 SLR <br> ) <br> ) <br> )   JURY DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF DEPOSITION

Robert E. Brown and
Shirley H. Brown
1024 Walnut Street
Wilmington, DE 19801

Sandra L. Brickel, Esquire
Weiner Brodsky Sidman Kidder, P.C.
1300 19th Street, N.W. 5th Floor
Washington, DC 20036

David L. Finger, Esquire
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

      PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Robert Brown** on **Thursday, March 3, 2005** at **2:00 p.m.** at the offices of Reger & Rizzo, LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware.

      REGER & RIZZO, LLP

      s/s Carol J. Antoff
      Carol J. Antoff, Esquire
      Delaware State Bar I.D. No. 3601
      1001 Jefferson Plaza, Suite 202
      Wilmington, DE  19801
      (302) 652-3611
      Attorney for Defendant Legreca & Quinn