UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT E. BROWN and,** | ) | |
| **SHIRLEY H. BROWN, h/w,** | ) | **C. A. 04-617 SLR** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **JURY DEMANDED** |
| **INTERBAY FUNDING, LLC, and** | ) | |
| **LEGRECA & QUINN REAL ESTATE** | ) | |
| **SERVICES INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

**RE-NOTICE OF DEPOSITION**

| | |
|---|---|
| Robert E. Brown and | Sandra L. Brickel, Esquire |
| Shirley H. Brown | Weiner Brodsky Sidman Kidder, P.C. |
| 1024 Walnut Street | 1300 19th Street, N.W. 5th Floor |
| Wilmington, DE 19801 | Washington, DC 20036 |

David L. Finger, Esquire
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

PLEASE TAKE NOTICE that the undersigned has rescheduled the oral deposition of **Robert Brown** for **Monday, March 7, 2005** at **2:00 p.m.** at the offices of Reger & Rizzo, LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware.

REGER & RIZZO, LLP

s/s Carol J. Antoff
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Legreca & Quinn

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT E. BROWN and,** ) | |
| **SHIRLEY H. BROWN, h/w,** ) | **C. A. 04-617 SLR** |
|        **Plaintiffs,** ) | |
| **v.** ) | |
| ) | **JURY DEMANDED** |
| **INTERBAY FUNDING, LLC, and** ) | |
| **LEGRECA & QUINN REAL ESTATE** ) | |
| **SERVICES INC.,** ) | |
| ) | |
|        **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify on this 3rd day of February 2005 that two true and correct copies of the Defendant Legreca & Quinn Real Estate Services, Inc. Re-Notice of Deposition have been served electronically and via first class mail, postage prepaid, upon the following:

Robert E. Brown and
Shirley H. Brown
1024 Walnut Street
Wilmington, DE 19801

Sandra L. Brickel, Esquire
David M. Souders, Esquire
Weiner Brodsky Sidman Kidder, P.C.
1300 19th Street, N.W. 5th Floor
Washington, DC 20036

David L. Finger, Esquire
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

REGER & RIZZO, LLP

_____
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Legreca & Quinn