UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT E. BROWN and,** | ) | |
| **SHIRLEY H. BROWN, h/w,** | ) | **C. A.  04-617 SLR** |
|       **Plaintiffs,** | ) | |
|    v. | ) | |
| | ) | **JURY DEMANDED** |
| **INTERBAY FUNDING, LLC, and** | ) | |
| **LEGRECA & QUINN REAL ESTATE** | ) | |
| **SERVICES INC.,** | ) | |
| | ) | |
|       **Defendants.** | ) | |

## ORDER

This _____ day of _____, 2005 after considering Defendant Legreca & Quinn's Motion to Extend the Discovery Period and any response thereto,

IT IS HEREBY ORDERED AND DECREED that the deadline for the completion of discovery has been extended to _____, 2005, and the deadline by which to file summary judgment motions is extended to one month after this discovery deadline.

**BY THE COURT:**

_____
**The Honorable Sue L. Robinson**