UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and, ) | |
| SHIRLEY H. BROWN, h/w, ) | C. A. 04-617 SLR |
| Plaintiffs, ) | |
| v. ) | |
| ) | JURY DEMANDED |
| INTERBAY FUNDING, LLC, and ) | |
| LEGRECA & QUINN REAL ESTATE ) | |
| SERVICES INC., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

STATE OF PA      :
                 : SS.
Montgomery COUNTY :

BE IT REMEMBERED, that on this 3 day of March, A.D., 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Robert Legreca, who did depose and say that he is a representative of the Defendant, Legreca & Quinn Real Estate Services, Inc. in the foregoing action and the Answers set forth in Defendant, Legreca & Quinn's Answers to Plaintiffs' Interrogatories and Answers to Plaintiffs' Supplemental Interrogatories are true and correct to the best of his knowledge, information and belief.

_____
Robert Legreca

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

NOTARIAL SEAL
[illegible] CAMPBELL, Notary Public
[illegible] Montgomery County
[illegible] November 13, 2006