IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and<br>SHIRLEY H. BROWN,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERBAY FUNDING, LLC, and<br>LEGRECA & QUINN REAL ESTATE<br>SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 04-617-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 11th day of March, 2005, having reviewed defendant Legreca & Quinn Real Estate Services, Inc.'s motion to amend the deadline for discovery, and the opposition thereto;

IT IS ORDERED that said motion (D.I. 62) is granted. Plaintiff Robert E. Brown must appear for his deposition, to be scheduled at a mutually agreeable time on or before **March 25, 2005.** The discovery deadline is extended for the limited purpose of taking this deposition. The deposition is limited to three (3) hours.

                                                 _/s/ Sue L. Robinson_
                                                 United States District Judge