UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT E. BROWN and,** ) | |
| **SHIRLEY H. BROWN, h/w,** ) | C. A. 04-617 SLR |
| Plaintiffs, ) | |
| v. ) | |
| ) | **JURY DEMANDED** |
| **INTERBAY FUNDING, LLC, and** ) | |
| **LEGRECA & QUINN REAL ESTATE** ) | |
| **SERVICES INC.,** ) | |
| ) | |
| Defendants. ) | |

NOTICE OF COURT-ORDERED DEPOSITION

Robert E. Brown and                       Sandra L. Brickel, Esquire
Shirley H. Brown                          Weiner Brodsky Sidman Kidder, P.C.
1024 Walnut Street                        1300 19th Street, N.W. 5th Floor
Wilmington, DE 19801                      Washington, DC 20036

David L. Finger, Esquire
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

PLEASE TAKE NOTICE that the undersigned has scheduled the Court-Ordered oral deposition of **Robert Brown** for **Thursday, March 17, 2005** at **2:00 p.m.** at the offices of Reger & Rizzo, LLP, 1001 Jefferson Plaza, Suite 202, Wilmington, Delaware.

REGER & RIZZO, LLP

s/s Carol J. Antoff
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Legreca & Quinn

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT E. BROWN and,** | ) | |
| **SHIRLEY H. BROWN, h/w,** | ) | **C. A.  04-617 SLR** |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **JURY DEMANDED** |
| **INTERBAY FUNDING, LLC, and** | ) | |
| **LEGRECA & QUINN REAL ESTATE** | ) | |
| **SERVICES INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify on this 14th day of February 2005 that two true and correct copies of Defendant Legreca & Quinn Real Estate Services, Inc. Notice of Court-Ordered Deposition have been served electronically and via first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Robert E. Brown and<br>Shirley H. Brown<br>1024 Walnut Street<br>Wilmington, DE 19801 | Sandra L. Brickel, Esquire<br>David M. Souders, Esquire<br>Weiner Brodsky Sidman Kidder, P.C.<br>1300 19th Street, N.W. 5th Floor<br>Washington, DC 20036 |
| David L. Finger, Esquire<br>One Commerce Center<br>1201 Orange Street<br>Suite 725<br>Wilmington, DE 19801-1155 | |

REGER & RIZZO, LLP

_____
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant Legreca & Quinn