IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

ROBERT E. BROWN, and )
SHIRLEY H. BROWN, )
 )
Plaintiffs, )
 )
v. ) C.A. No. 04-6 17 SLR
INTERBAY FUNDING, LLC, and )
LEGRECA & QUINN REAL ESTATE )
SERVICES, INC., )
 )
Defendants. )

## PLAINTIFFS MOTION TO POSTPONE THE ORDER OF DEPOSITION OF ROBERT E. BROWN, PENDING PLAINTIFFS MOTION TO COMPEL TO RESPOND TO INTERROGATORIES

Comes now, Robert E. and Shirley H. Brown, and request this Honorable Court to Postpone the Deposition of Robert E. Brown. Plaintiffs request clarification on the matters presently before this Court that appear to be preferential in favor of Defendant. Plaintiffs have petitioned this Court to compel the Defendants (Interbay and Legreca and Quinn) to respond to the Interrogatories pursuant to Federal Rule of Civil Procedure Rule 37, (h) - **Failure to Make Disclosure or Cooperate in Discovery: Sanctions** a week or more before the discovery deadline of March 7, 2005. Plaintiffs have not received an answer to their Motion.

Defendant violated the Order of (Judge Robinson) November 8th directing all parties that Discovery "shall be initiated so that it will be completed on or before March 7, 2005." Defendant initiated the filing of a Motion for Deposition extension of Discovery on or about March 2-3, 2005, and was awarded an extension of Discovery and a Court Order to Depose Robert E. Brown (March 7, 2005) within two working days. Plaintiffs,

concern is that Defendants had 4 months to comply with the Judge's order, (as did Plaintiffs and other Defendant, Interbay) yet, Defendants (Legrecca and Quinn) were given additional time. This concession gives the appearance of preferenceS in favor of Defendants. Plaintiffs request to know why Defendant was allowed to acquire an Extension of Discovery (in defiance of Court Order) and Court Order to Depose Robert E. Brown, before Plaintiffs (Robert E. and Shirley H. Browns') Motion was given a response. Plaintiffs' motions were filed more than a week before Defendants' Motion for extension of Discovery and Order to Depose Robert E. Brown. In addition, there has been no response to Plaintiffs Motion for Production of Documents from either Defendant (Interbay or Lagreca and Quinn).

Robert E. Brown, Pro Se.

Shirley H. Brown, h/w
1024 Walnut Street
Wilmington, DE. 19801
(302) 652-9959

IN THE UNITED STATES DISTRICT COUT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Robert E. Brown and | : | |
| Shirley H. Brown h/w | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 04-617-SLR |
| | : | |
| Interbay Funding LLC, and | : | |
| Legreca & Quinn Real Estate | : | |
| Services Inc. | : | |
| Defendants | : | |

**PLAINTIFFS MOTION TO POSTPONE THE ORDER OF DEPOSITION OF ROBERT E. BROWN, PENDING PLAINTIFFS MOTION TO COMPEL TO RESPOND TO INTERROGATORIES**

This is to certify that on this 16th day of March, 2005, copies of PLAINTIFFS MOTION TO POSTPONE THE ODER OF DEPOSITION OF ROBERT E. BROWN DEPOSITION, were served on the following attorney's listed below:

David Souder
Sandra Brickel
1300 19th Street N.W
5th Floor
Washington, D.C. 20036-1609
(202) 628-2000
Attorney's for Interbay

David Finger, Esq.
Commerce Center
1200 Orange Street
Wilmington, DE 18701
Attorney for Interbay.

Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Legreca & Quinn

Robert E. Brown, Pro Se.
Shirley H. Brown, h/w
1024 Walnut Street
Wilmington, DE. 19801
(302) 652-9959

3