UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT E. BROWN and,** ) | |
| **SHIRLEY H. BROWN, h/w,** ) | **C. A.  04-617 SLR** |
| Plaintiffs, ) | |
| v. ) | |
| ) | **JURY DEMANDED** |
| **INTERBAY FUNDING, LLC, and** ) | |
| **LEGRECA & QUINN REAL ESTATE** ) | |
| **SERVICES INC.,** ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 28th day of March 2005 that two true and correct copies of the Defendant Legreca & Quinn Real Estate Services, Inc. Supplemental Answers to Plaintiffs Interrogatories Pursuant to Court Order D.I.72 have been served via first class mail, postage prepaid, upon the following:

| | |
|---|---|
| Robert E. Brown and | Sandra L. Brickel, Esquire |
| Shirley H. Brown | David M. Souders, Esquire |
| 1024 Walnut Street | Weiner Brodsky Sidman Kidder, P.C. |
| Wilmington, DE 19801 | 1300 19th Street, N.W. 5th Floor |
| | Washington, DC 20036 |

and electronically to:

David L. Finger, Esquire
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

REGER & RIZZO, LLP

*s/s Carol J. Antoff*
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant Legreca & Quinn