**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| ROBERT E. BROWN and ) <br> SHIRLEY H. BROWN, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> INTERBAY FUNDING, LLC, and ) <br> LEGRECA & QUINN REAL ESTATE ) <br> SERVICES, INC., ) <br>  ) <br> Defendants. ) | C.A. No. 04-617 SLR |

**RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant Interbay Funding, LLC ("Interbay"), hereby moves, pursuant to Fed. R. Civ. P. 56, for an Order entering summary judgment in its favor and against plaintiffs Robert E. Brown and Shirley H. Brown. The bases for this motion are set forth in Interbay's Opening Brief in Support of its Renewed Motion for Summary Judgment, filed contemporaneously herewith.

Respectfully submitted,

 /s/ David L. Finger
David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
Attorney for defendant Interbay Funding, LLC

Of counsel:
David M. Souders
Sandra L. Brickel
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036-1609
(202) 628-2000

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE**

| | |
|---|---|
| ROBERT E. BROWN and<br>SHIRLEY H. BROWN,<br><br>      Plaintiffs,<br><br>  v.<br><br>INTERBAY FUNDING, LLC, and<br>LEGRECA & QUINN REAL ESTATE<br>SERVICES, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-617 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On this _____ day of _____, 2005, having considered the submissions and arguments of the parties, IT IS HEREBY ORDERED that the Renewed Motion of Defendant Interbay Funding, LLC for Summary Judgment is GRANTED in all respects.

_____
Robinson, J.

**CERTIFICATE OF SERVICE**

  I, David L. Finger, hereby certify that on this 5th day of April, 2005, I electronically filed the foregoing Opening Brief of Defendant Interbay Funding, LLC, in Support of its Renewed Motion for Summary Judgment with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

    Carol J. Antoff, Esq.
    Reger & Rizzo, LLP
    1001 Jefferson Plaza, Suite 202
    Wilmington, DE 19801

  I further certify that on this 5th day of April, 2005, I have mailed by first class mail, postage prepaid,, two copies of the foregoing document to the following non-registered participant:

    Robert and Shirley Brown
    1024 Walnut Street
    Wilmington, DE  19801

      ___/s/ David L. Finger_____
      David L. Finger (DE Bar ID #2556)
      Finger & Slanina, LLC
      One Commerce Center
      1201 Orange Street, Suite 725
      Wilmington, DE 19801-1155
      (302) 884-6766