UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT E. BROWN and, <br> SHIRLEY H. BROWN, h/w, <br>       Plaintiffs, <br> v. <br><br> INTERBAY FUNDING, LLC, and <br> LEGRECA & QUINN REAL ESTATE <br> SERVICES INC., <br><br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A.  04-617 SLR <br><br><br> JURY DEMANDED |

**PROPOSED FORM OF ORDER FOR DEFENDANT**

**LEGRECA & QUINN'S MOTION FOR SUMMARY JUDGMENT**

_____NOW THIS _____ day of _____, 2005, having carefully considered Defendant's motion and any response thereto, it is hereby ORDERED that judgment is granted in favor of Defendant Lagreca & Quinn Real Estate Services, Inc. and all claims against it are hereby dismissed with prejudice.

_____
J. Sue L. Robinson