IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| ROBERT E. BROWN, and <br> SHIRLEY H. BROWN, <br><br> Plaintiffs, <br><br> v. <br> INTERBAY FUNDING, LLC, and <br> LEGRECA & QUINN REAL ESTATE <br> SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-617 SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS EQUEST FOR LEAVE FOR EC/ECF FILING

Comes now, Robert E. and Shirley H. Brown, and request this Honorable Court leave for EC/ECFfiling. Plaintiffs, having completed EC/ECF training, are now ready to start filing Electronically.

**Therefore**, Plaintiffs request this Honorable Court to began EC/ECFfiling

Robert E. Brown, Pro Se.

Shirley H. Brown, h/w
1024 Walnut Street
Wilmington, DE. 19801
(302) 652-9959

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| ROBERT E. BROWN, and <br> SHIRLEY H. BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> INTERBAY FUNDING, LLC, and <br> LEGRECA & QUINN REAL ESTATE <br> SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-617 SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Let it be known that on this __10th__, day of April 2005, Robert E. and Shirley H. Brown, requested this Honorable Court leave for EC/ECF filing. Plaintiffs having completed the required EC/ECF training, are now ready to start filing Electronically.

Plaintiffs request this Honorable Court to began EC/ECF filing.

**Therefore**, it is now Ordered by this Court that the Plaintiffs Robert E. and Shirley H. Brown be granted leave of EC/ECF filing.

IT IS SO ORDERED.

_____
By the Court.

2

IN THE UNITED STATES DISTRICT COUT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| Robert E. Brown and | : |
| Shirley H. Brown h/w | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 04- 617- SLR |
| | : |
| Interbay Funding LLC, and | : |
| Legreca & Quinn Real Estate | : |
| Services Inc. | : |
| Defendants | : |

**CERTIFICAT OF SERVICE OF**

**PLAINTIFFS EQUEST FOR LEAVE FOR EC/ECF FILING**

This is to certify that on this 15th day of March, 2005, copies were served on

PLAINTIFFS MOTION TO APPLY FOR E – FILE EC/ECF TRAINING AND

SERVICE to , the following attorney's listed below:

David Souders
Sandra Brickel
1300 19th Street N.W
5th Floor
Washington, D.C. 20036-1609
(202) 628-2000
Attorney's for Interbay

David Finger, Esq.
Commerce Center
1200 Orange Street
Wilmington, DE 18701
Attorney for Interbay.

Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Legreca & Quinn

*Robert E. Brown*
Robert E. Brown, Pro Se.

*Shirley H. Brown*
Shirley H. Brown, h/w
1024 Walnut Street
Wilmington, DE. 19801
(302) 652- 9959