## *Qualifications of*
## *Robert C. Lagreca, SRA*

### Professional Affiliations

    Senior Residential Member, Appraisal Institute (SRA)
    Delaware Certified General Appraiser (Certificate #X1-0000321)
    Pennsylvania Certified General Appraiser (Certificate #GA-000322-L)
    Pennsylvania Real Estate Associate Broker (License #AB-047380-L)

### Real Estate Experience

    Partner, Lagreca & Quinn Real Estate Services, Inc, a full service real estate valuation and consulting firm providing appraisal and advisory services on commercial, industrial and residential properties.

    President, Lagreca Appraisal Group, a full service appraisal company performing residential, commercial and industrial appraisal assignments throughout the Philadelphia metropolitan area from January 1988 through March 2003.

    Associated with James J. Betoni, MAI from January 1988 through June 1998 completing a wide variety of commercial, industrial and subdivision appraisals in association with Mr. Betoni.

    Staff Appraiser with Robert B. Arnold and Company of Plymouth Meeting, Pennsylvania, an appraisal firm specializing in residential and commercial real estate valuations from June, 1984 to January 1988.

### Formal Education

    Temple University, Philadelphia, Pennsylvania
      May 1983, Bachelor of Science, Real Estate, Insurance and Risk

    Appraisal Institute, Chicago, Illinois
      Required Courses of Study Leading to SRA Designation.
      Various Lectures and Seminars for Continuing Education Credits.

