Robert E. Brown

30

1    subpoenaed the Federal -- the Federal Trade Commission

2    and the -- I subpoenaed a whole lot of people.

3              But, anyway, people who are in the industry

4    who know that these are blatant violations that they

5    have used in this here bogus appraisal of properties

6    containing of 6,985 square feet, to tell me that you're

7    going to appraise -- I paid $2,500 and you're only

8    going to appraise 975 square feet and tell me the other

9    two properties are utilities, I mean that's like, you

10   know, a man buying a farm with a house on it and you

11   have appraised the house and then you call the land a

12   utility and charge -- how much are you going to charge

13   for the house?  Why would you do that?  That really --

14             See, Stacy Buckwalter, he never dreamed that

15   this would be here.  We will be doing this for the next

16   20 years for what he did to me, took my money and then

17   Legreca & Quinn.

18             And you ought to heard the way they talked

19   to me.  Oh, it was an insult.  It was like he slapped

20   me in my face.  I have been doing this since 1972.

21        Q    Okay.  But the question that I'm not sure

22   that I understood your answer to was, have you

23   consulted with any licensed appraiser who has told you

24   that --

**W&F**

**WILCOX & FETZER LTD.**

Registered Professional Reporters

Robert E. Brown

31

1       A       I don't need them to tell me.  What I'm

2  saying is, I am experienced in purchasing and selling

3  of real estate.  I have been in real estate longer than

4  most realtors.

5       Q       I understand that, that you're an

6  experienced business person.

7       A       I'm saying, I don't need -- and then I got

8  this term expert.  I have a problem with that.  I don't

9  know anyone in the field that is any smarter than I am.

10 Really.  I mean seriously.

11      Q       So your answer is, no, that you haven't

12 consulted a licensed appraiser?

13      A       I have not found a need to have to rely on

14 anyone other than my own experiences and knowledge at

15 this time.  I repeat, at this time.

16              MS. ANTOFF:  Mr. Brown, those are the only

17 questions that I have for you.  I appreciate your time.

18 Thank you.

19              THE WITNESS:  I appreciate being here.  And

20 I think we went and got it over with.  Yeah.  Is that

21 it?  Do we conclude?

22              MS. ANTOFF:  Yes.  Don't turn it off.

23              You have a right -- if you have been deposed

24 before, you probably know this.  But you have a right