**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT E. BROWN and, | ) | |
| SHIRLEY H. BROWN, h/w, | ) | C. A.  04-617 SLR |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | JURY DEMANDED |
| INTERBAY FUNDING, LLC, and | ) | |
| LEGRECA & QUINN REAL ESTATE | ) | |
| SERVICES INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify on this 18th day of April, 2005 that two true and correct copies of the Reply in Support of Defendant Lagreca & Quinn Real Estate Services, Inc's Motion for Summary Judgment, D.I. 74 have been served electronically and by first class mail, postage prepaid, upon the following:

Robert E. Brown and
Shirley H. Brown
1024 Walnut Street
Wilmington, DE  19801

Sandra L. Brickel, Esquire
David M. Souders, Esquire
Weiner Brodsky Sidman Kidder, P.C.
1300 19th Street, N.W. 5th Floor
Washington, DC  20036

David L. Finger, Esquire
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

REGER & RIZZO, LLP


  /s/ Carol J. Antoff, Esquire
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant
Legreca & Quinn

Dated:  April 18, 2005