UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and, <br> SHIRLEY H. BROWN, h/w, <br>     Plaintiffs, <br> v. <br> <br> INTERBAY FUNDING, LLC, and <br> LEGRECA & QUINN REAL ESTATE <br> SERVICES INC., <br> <br>     Defendants. | C. A. 04-617 SLR <br><br> JURY DEMANDED |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on this 18th day of April, 2005 that two true and correct copies of the Answering Brief of Defendant Legreca & Quinn Real Estate Services, Inc. to Plaintiffs' Motion for Summary Judgment, D.I. 78 have been served via first claim mail, postage prepaid, upon the following:

Robert E. Brown and
Shirley H. Brown
1024 Walnut Street
Wilmington, DE 19801

Sandra L. Brickel, Esquire
Weiner Brodsky Sidman Kidder, P.C.
1300 19th Street, N.W. 5th Floor
Washington, DC 20036

and filed electronically upon:

David L. Finger, Esquire
One Commerce Center
1201 Orange Street
Suite 725
Wilmington, DE 19801-1155

REGER & RIZZO, LLP

/s/ Carol J. Antoff
Carol J. Antoff, Esquire
Delaware State Bar I.D. No. 3601
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant Legreca & Quinn