# REGER AND RIZZO, LLP
## ATTORNEYS AT LAW

SUITE 202♦ 1001 JEFFERSON PLAZA♦ WILMINGTON♦ DELAWARE♦ 19801
(302) 652-3611
FAX (302) 652-3620

| ♦ | ♦ | ♦ | ♦ | ♦ |
|---|---|---|---|---|
| PARKVIEW TOWER | SUITE 1925 | SUITE 203 | SUITE 225 | INNER HARBOR CENTER |
| SUITE 250 | 2 PENN CENTER PLAZA | 800 KINGS HIGHWAY NORTH | 100 FIRST AVENUE | 400 PRATT STREET |
| 1150 FIRST AVENUE | PHILADELPHIA, PA 19102 | CHERRY HILL, NJ 08034 | PITTSBURGH, PA 15222 | 8TH FLOOR |
| KING OF PRUSSIA, PA 19406 | (215) 563-7760 | (856) 779-2799 | (412) 471-4100 | BALTIMORE, MD 21202 |
| (610) 878-9901 | FAX (215) 563-7470 | FAX (856) 779-2997 | FAX (412) 471-4126 | (410) 576-8927 |
| FAX (610) 878-9902 | | | | FAX (410) 727-5250 |

April 25, 2005

Mr. Robert E. Brown
1024 Walnut Street
Wilmington, DE 19801

Re:    Brown v. Lagreca & Quinn Real Estate Services
       File No.  04-538

Dear Robert:

This letter respectfully requests that you withdraw your "affidavits" filed as D.I. Number 79 and D.I. Number 80.  As you know, these are copies of your Complaints to the Department of the State in Pennsylvania and Department of Administrative Services in Delaware respectively.  These two Complaints are separate actions in the state agencies and have no place in the District Court of Delaware's litigation.

Your filing copies of these Complaints with the District Court makes it appear that you are attempting to improperly influence the Court and prejudice the outcome of the Summary Judgment Motions which all parties currently have pending with the Court.

Thank you for your attention, courtesy and cooperation.

Sincerely,

Carol J. Antoff

CJA/dcm

cc: Sandra Brickel, Esquire
    David Finger, Esquire