

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

CAROL J. ANTOFF
E-MAIL: cantoff@rrkdlaw.com

May 9, 2005

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street
Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    Brown v. Lagreca & Quinn Real Estate et al.
            C.A. No.: 04-617
            Our File No.:  04-538

Dear Judge Robinson:

    As you know, Defendant Lagreca & Quinn and Defendant Interbay Funding filed Summary Judgment motions, D.I. 74 and D.I. 75 respectively.  Plaintiffs answered these Summary Judgment motions on April 11, 2005 with D.I. 82.  Defendant Lagreca & Quinn and Defendant Interbay Funding filed Reply Briefs on April 18, 2005, D.I. 83 and D.I. 85 respectively.

    On May 9, 2005, Plaintiffs filed a Second Answer to Defendants' Summary Judgment motions, D.I. 93.  This document raises new issues.

    Please advise the parties as to whether Plaintiffs' document number 93 will be accepted by the Court as a Surrereply or as an Answer.  In the event that this document is accepted as a second Answer to Defendants' Summary Judgment motions, please advise the parties of the briefing schedule in order that our reply may be made in a timely fashion.

    Thank you for your attention to this matter.  I remain available at the convenience of the Court as you wish.

                                      Respectfully submitted,

                                      /s/ *Carol J. Antoff*

                                      Carol J. Antoff

CJA/dcm

PHILADELPHIA PA    KING OF PRUSSIA PA    PITTSBURGH PA    MOUNT LAUREL NJ    WILMINGTON DE    BALTIMORE MD