

**Reger Rizzo Kavulich & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

CAROL J. ANTOFF
E-MAIL: cantoff@rrkdlaw.com

May 17, 2005

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street
Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    Brown v. Lagreca & Quinn Real Estate et al.
           C.A. No.: 04-617
           Our File No.: 04-538

Dear Judge Robinson:

    Enclosed, please find, are courtesy copies of Defendant Lagreca & Quinn Real Estate Services Inc.'s Summary Judgment Motion (D.I. 74), Reply Brief (D.I. 83), and Answering Brief in Opposition (D.I. 87).

    I mistakenly believed that electronic filing meant that hard copies were no longer allowed to be forwarded to the Court. I apologize for my misunderstanding and any inconvenience this has caused to you.

    Thank you for your attention, courtesy and cooperation.

                                Sincerely,

                                /s/ *Carol J. Antoff*

                                Carol J. Antoff

CJA/dcm
enc.