IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and<br>SHIRLEY H. BROWN h/w,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERBAY FUNDING, LLC, and<br>LAGRECA & QUINN REAL ESTATE<br>SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civ. No. 04-617-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 19th day of May, 2005, having reviewed the docket in the above captioned litigation;

IT IS ORDERED that:

1. Because plaintiffs have filed a second answer to defendants' motions for summary judgment, on or before **June 3, 2005**, defendants may supplement their papers in response.

2. Absent consent from the court, no further papers shall be filed in this case pending resolution of the summary judgment motions.

                                          _/s/ Sue L. Robinson_
                                          United States District Judge