IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and<br>SHIRLEY H. BROWN,<br><br>    Plaintiffs,<br><br>  v.<br><br>INTERBAY FUNDING, LLC, and<br>LAGRECA & QUINN REAL ESTATE<br>SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 04-617-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 13th day of June, 2005, having considered plaintiffs' motion for leave to file their pleadings electronically;

IT IS ORDERED that plaintiffs' motion is denied (D.I. 81) for the reasons that follow:

    1.  Pursuant to the court's standing order dated February 8, 2005, pro se litigants can register to use the court's electronic docketing system only upon approval of the judge.

    2.  At this point in the litigation, it would be too burdensome for the court to manage this case if plaintiffs filed their papers electronically.

 

_____
United States District Judge