

**Reger Rizzo Kavulich & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

CAROL J. ANTOFF
E-MAIL: cantoff@rrkdlaw.com

October 24, 2005

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 North King Street
Room 4209
Lock Box 18
Wilmington, DE 19801

  Re: Brown v. Lagreca & Quinn Real Estate et al.
     C.A. No.: 04-617
     Our File No.:  04-538

Dear Judge Robinson:

 This letter respectfully requests permission to submit one additional exhibit to Defendant Lagreca & Quinn's Summary Judgment Motion and Response to Plaintiff's Summary Judgment Motion.  This exhibit would be the Delaware Department of State letter sent to Mr. Lagreca upon completion of its investigation into the complaint Mr. Brown filed with the Division of Professional Regulations.

 Thank you for your kind attention and I remain available at the Court's convenience.

           Respectfully submitted,

           /s/ *Carol J. Antoff*

           Carol J. Antoff

CJA/dcm
cc: Robert Lagreca
   Lindsay McMenamin, Esq.
     *File No.  8100.714*
   Robert Brown