IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and<br>SHIRLEY H. BROWN,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERBAY FUNDING, LLC, and<br>LAGRECA & QUINN REAL ESTATE<br>SERVICES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Civ. No. 04-617-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 11th day of January, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motions for summary judgment are granted. (D.I. 74, 75)

2. Plaintiffs' motion for summary judgment is denied. (D.I. 78)

3. Defendant Legreca & Quinn's motions to strike are denied. (D.I. 91, 92)

4. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiffs.

                                                          _____
                                                         United States District Judge