IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. BROWN and SHIRLEY H. BROWN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 04-617-SLR ) ) |
| INTERBAY FUNDING, LLC, and LAGRECA & QUINN REAL ESTATE SERVICES, INC., | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

For reasons stated in the court's memorandum opinion and order of January 11, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Interbay Funding, LLC and Lagreca & Quinn Real Estate Services, Inc. and against plaintiffs Robert E. Brown and Shirley H. Brown.

_____
United States District Judge

Dated: January 12, 2006

_____
(By) Deputy Clerk