O

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert E. and Shirley H. Brown<br>Plaintiffs. | *<br>*  04-617 SLR<br>* |
| V. | *  Notice of Appeal<br>* |
| Interbay Funding LLC and Legreca & | *<br>* |
| Quinn Real Estate Services Inc.<br>Defendants. | *<br>* |

Notice is hereby given that Robert E. and Shirley H. Brown, Plaintiffs in the above caption case, appeal to the United States Court of Appeals, for the Third Circuit from the of Summary Judgment. The appeal is based on (Abuse of Discretion, Lack of Jurisdiction, Lack of Jurisdiction of Person, Lack of Subject Matter Jurisdiction, and violations of the 14th Amendment of the U. S. Constitution; Due Process and Equal Protection of the Law, entered in this action on the 11th day of January 2006.

_____
Robert E. Brown, Pro Se.

_____
Shirley H. Brown
1024 Walnut Street
Wilmington DE. 19801
(302)652-9959

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| Robert E. and Shirley H. Brown<br>Plaintiffs. | *<br>*<br>* |
| V. | *   Notice of Appeal<br>* |
| Interbay Funding LLC and Legreca & | *<br>* |
| Quinn Real Estate Services Inc.<br>Defendants. | *<br>* |

## CERTIFICATE OF SERVICE

We, Robert E. and Shirley H. Brown hereby certify that on this 12th day January 2006, We, caused a copy of the foregoing Notice of Appeal of Plaintiffs Robert E. and Shirley H. Brown to be hand delivered\mailed on the below listed parties and Counsel of record:

David L. Finger Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE. 19801-1155
(302) 884-6766

Carol J. Antoff, Esq.
Reger & Rizzo, LLP
1001 Jefferson Plaza , Suite 202
Wilmington, DE. 19801

David M. Souders
Sandra L. Brickel
Weiner Brodwky
1300 19th Street, Suite 725
Washington, DE. 20036-1609
(202) 884-2000 (Phone)
(202) 628-2011 (Fax)

_____
Robert E. Brown, Pro Se.

_____
Shirley H. Brown
1024 Walnut Street
Wilmington DE. 19801
(302)652-9959