UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-1177

ROBERT E. BROWN;
SHIRLEY H. BROWN,
h/w

Appellants

v.

INTERBAY FUNDING LLC;
LEGRECA & QUINN REAL ESTATE
SERVICES INC.

On appeal From the United States District Court
For the District of Delaware
(D. Del. Civ. No. 04-cv-00617)
District Judge: Honorable Sue L. Robinson

Submitted Under Third Circuit LAR 34.1(a)
August 17, 2006

Before: SLOVITER, SMITH AND VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the order of the District Court entered January 12, 2006, be and the same is hereby AFFIRMED. Costs shall be taxed against the Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: August 18, 2006

Certified as a true copy and issued in lieu of a formal mandate on _____ 9/26/06

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit